AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MINGHAO YANG <br><br> *Plaintiff(s)* <br> v. <br> WU RESTAURANT LLC and YIJING WANG <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-4473 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WU RESTAURANT LLC
c/o New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Baya W. Harrison, Esq.
New York Bar: 5678610
The Harrison Law Firm P.C.
38-08 Union Street, Suite 11A, Flushing, NY 11354
Tel: (866) 943-2692
Fax: (866) 943-2692
Email: bwh@heboya.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                                               *Signature of Clerk or Deputy Clerk*