UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MINGHAO YANG,

                       Plaintiff,

  v.

WU RESTAURANT LLC and YIJING WANG,

                       Defendants.
-------------------------------------------------------------------x

Case No: 1:19-cv-4473

**REQUEST FOR CERTIFICATE OF DEFAULT**

      Plaintiff, MINGHAO YANG, by and through his attorney, The Harrison Law Firm P.C., hereby requests entry of default of the Defendant WU RESTAURANT LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Baya W. Harrison, Esq.

Dated: Flushing, New York
August 31, 2019

                                            Respectfully submitted,

                                            By: *Baya W. Harrison*
                                            Baya W. Harrison, Esq.
                                            New York Bar: 5678610
                                            The Harrison Law Firm P.C.
                                            38-08 Union Street, Suite 11A, Flushing, NY 11354
                                            Tel: (866) 943-2692
                                            Fax: (866) 943-2692
                                            Email: bwh@heboya.com
                                            Attorney for Plaintiff

Yang v. Wu Restaurant LLC et al.
Case No: 1:19-cv-4473
Request for Certificate of Default

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2019, the foregoing document and all attachments thereto were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"). The undersigned will serve paper copies via first-class mail to those parties indicated as non-registered participants.

**The Harrison Law Firm P.C.**

By: *Baya W. Harrison*
Baya W. Harrison, Esq. (5678610)

Yang v. Wu Restaurant LLC et al.
Case No: 1:19-cv-4473
Request for Certificate of Default

Page 2 of 2