UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MINGHAO YANG,

                  Plaintiff,

  v.

WU RESTAURANT LLC and YIJING WANG,

                  Defendants.
-------------------------------------------------------------------x

Case No: 1:19-cv-4473

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant WU RESTAURANT LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant WU RESTAURANT LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure..

Dated: _____, New York
         _____, 2019

                                            **DOUGLAS C. PALMER, Clerk of the Court**

                                            **By:** _____
                                                  **Deputy Clerk**