## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of NY | County of NEW YORK | United States District Court |

Case Number: 1:19-CV-4473

Plaintiff:
**MINGHAO YANG**

vs.

Defendant:
**WU RESTAURANT LLC & YIJING WANG**

Received by DJ&H PROCESS SERVICE INC. to be served on **YIJING WANG, 136-55 37TH AVENUE, FLUSHING, NY 11354**.

I, JULES DOODNATH, being duly sworn, depose and say that on the **1st day of October, 2019** at **3:12 pm**, I:

Served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED & CIVIL COVER SHEET**, to JANE DOE (REFUSE NAME) (OFICE ASSISTANT) who accepted service on behalf of YIJING WANG at the address of **136-55 37TH AVENUE, FLUSHING, NY 11354**, which is the respondent's place of **business**.

Deponent completed service by mailing a true copy of the above mentioned documents to YIJING WANG to the respondent's place of **business at 136-55 37TH AVENUE, FLUSHING, NY 11354** by depositing the same enclosed post-paid envelope, bearing the words "Personal & Confidential" by **Regular First Class Mail with Certificate of Mailing** in an official depository of the U.S.P.S. within the State of New York on **10/2/2019**.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Asian, Height: 5'0", Weight: 100, Hair: Black, Glasses: N

I Jules Doodnath, being duly sworn, deposed and says: That deponent is not a party of this action, is a Licensed Process Server over the age of eighteen years and resides in Queens County, New York.

Sworn to me on this date:   10/02/2019

ABESHELA ADEYINKA
NOTARY PUBLIC, State of New York
No. 01AD6041991
Commission Expires May 15, 2022

JULES DOODNATH
2067371-DCA

DJ&H PROCESS SERVICE INC.
111-13 115th Street
South Ozone Park, NY 11420
(718) 843-1184

Our Job Serial Number: JDD-2019001408

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n