UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MINGHAO YANG,

      Plaintiff,

-against-

WU RESTAURANT LLC and
YIJING WANG

      Defendants.

Case No.: 19-cv-4473 (DLI)(PK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Michael Taubenfeld, attorney for the law firm Fisher Taubenfeld LLP, hereby appears in the above-captioned action on behalf of Defendants and demands that all papers in this action be served upon the undersigned at the address stated below.

DATED: October 17, 2019
        New York, New York

Respectfully submitted,

_____/s/_____
Michael Taubenfeld, Esq.
FISHER TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
Tel.: (212) 571-0700
Fax: (212) 505-2001
michael@fishertaubenfeld.com